IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor in interest by merger to NATIONAL CITY BANK, <br><br>  Plaintiff, <br><br> v. <br><br> PHILIP JOHNSON, WHISPERING WINDS CONDOMINIUM ASSOCIATION, a not-for-profit corporation, <br><br> Defendants. | Case No.: 1:12-cv-03595 <br><br> Assigned Judge: <br> Hon. Harry D. Leinenweber <br><br> Magistrate Judge: <br> Nan R. Nolan |

**STIPULATION FOR**
**CONSENT FORECLOSURE PURSUANT TO 735 ILCS 5/15-1402**

NOW COMES the mortgagor/defendant, PHILIP JOHNSON (the "Mortgagor") and, pursuant to the Illinois Mortgage Foreclosure Law, 735 ILCS 5/15-1402, hereby states as follows:

1.  The Mortgagor is the sole mortgagor and the holder of title in fee simple to the real estate commonly known as 4062 Bonhill Drive, Arlington Heights, Illinois 60005, which is the subject of the proceedings in the above-captioned cause and is more fully described in the Amended Complaint filed herein.

2.  The Mortgagor does hereby expressly offer and consent to the entry of a Judgment of Foreclosure herein pursuant to 735 ILCS 5/15-1402.

_[signature]_

---
PHILIP JOHNSON

This Stipulation prepared by:

Thomas J. Dillon (ARDC#3124223)
t.dillon@mcdillaw.com
Wendy Kaleta Skrobin (ARDC#6226119)
w.skrobin@mcdillaw.com
Timothy J. Somen (ARDC#6279438)
t.somen@mcdillaw.com
McFadden & Dillon, P.C.
120 S. LaSalle Street
Suite 1335
Chicago, Illinois 60603
(312) 201-8300