Order Form (01/2005)  Case: 1:12-cv-03595 Document #: 24 Filed: 01/17/13 Page 1 of 1 PageID #:124

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 3595 | **DATE** | 1/17/2013 |
| **CASE TITLE** | SOT2 vs. Philip Johnson, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's Motion for Entry of Judgment of foreclosure by Consent is granted.

■ [ For further detail see separate order(s).]  Docketing to mail notices.

00:05

Courtroom Deputy Initials: WAP

12C3595 SOT2 vs. Philip Johnson, et al                                   Page 1 of 1